**Order entered August 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00323-CR

**MARCUS WAYNE HARPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81699-2018**

## ORDER

Before the Court is appellant's August 7, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received by the Court on August 7, 2019 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
            CHIEF JUSTICE